**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| Thomas Vanik,<br><br>                    Plaintiff,<br>v.<br><br>Omega RMS, LLC; and DOES 1-10, inclusive,<br><br>                    Defendant. | Civil Action No.: 1:15-cv-00015-ELH |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.  The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: November 18, 2015

                                                            Respectfully submitted,

                                                            By     /s/ Sergei Lemberg
                                                            Sergei Lemberg, Esq.
                                                            LEMBERG LAW, L.L.C.
                                                            1100 Summer Street, 3rd Floor
                                                            Stamford, CT 06905
                                                            Telephone: (203) 653-2250
                                                            Facsimile:  (203) 653-3424
                                                            ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg

      Sergei Lemberg